IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



| | |
|---|---|
| LaTONYA McCULLOM | PLAINTIFF |
| v. | CAUSE NO. 1:16CV350-LG-RHW |
| FELDERS SERVICES, LLC | DEFENDANT |

## FINAL JUDGMENT

This matter having come before the Court on the [16] Motion for Summary Judgment filed by Defendant Felders Services LLC, the Court, after a full review and consideration of the Motion and the relevant legal authority finds that in accordance with the Order [25] entered herewith,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 8th day of June, 2017.

Louis Guirola, Jr.
Chief United States District Judge